# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Dona Martin v. Mid-Central Carrier, Inc.

Case Number: 19-cv-6766

An appearance is hereby filed by the undersigned as attorney for:
Mid Central Carrier, Inc.

Attorney name (type or print): Shimon B. Kahan

Firm: Haynes, Studnicka, Kahan & Poulakidas, LLC

Street address: 200 W. Adams St., Suite 2175

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6207172
(See item 3 in instructions)

Telephone Number: (312) 676-7060

Email Address: skahan@hskolaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/11/2019

Attorney signature: S/ Shimon B. Kahan

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015