FILED
8/26/2019 9:19 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

6318999

FILED DATE: 8/26/2019 9:19 AM 2019L009424

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONA MARTIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2019L009424 |
| vs. | ) |
| | ) |
| MID CENTRAL CARRIER, INC. and | ) |
| BENJAMIN LAMAR RAY | ) |
| | ) |
| Defendants, | ) |

## COMPLAINT AT LAW

Plaintiff, DONA MARTIN, by her attorneys, O'CONNOR LAW GROUP, LLC, submits her Complaint against Defendants MID CENTRAL CARRIER INC. ("Mid Central") and BENJAMIN LAMAR RAY ("RAY")

### COUNT I
### Negligence claim v "Mid Central"

1. Because Plaintiff has not been able to conduct discovery, Plaintiff pleads certain matters in the alternative pursuant to 735 ILCS 5/2-613(b).

2. Plaintiff is an Illinois resident.

3. On September 13, 2017, Defendant "Mid Central" was a corporation doing business in Cook County, Illinois.

4. On September 13, 2017, "RAY" was an employee of "Mid Central".

5. On September 13, 2017, "RAY" was an agent of "Mid Central", and/or was authorized to transact business on behalf of "Mid Central".

6. On September 13, 2017, "RAY" was driving a commercial vehicle on behalf of "Mid Central", and driving northbound on Interstate-94, near the South 35th Street exit in Chicago, Cook County, Illinois.

7. At the same time, Plaintiff was driving a vehicle northbound on Interstate-94, near the South 35th Street exit in Chicago, Cook County, Illinois.

8. Defendant "Mid Central", as a common carrier, had a duty to exercise the highest degree of care for the safety of Plaintiff.

9. Defendant "Mid Central", by its agent "RAY" negligently breached its duties by:

   a) Driving its vehicle at an excessive speed, in violation of Section 11-601 of the Illinois Vehicle Code;

   b) Failing to keep its vehicle within its lane of travel, in violation of Section 11-709 of the Illinois Vehicle Code;

   c) Attempting to overtake Plaintiff's vehicle when such maneuver could not be made without endangering the safety of Plaintiff, in violation of Article VII of the Illinois Vehicle Code;

   d) Failing to keep its vehicle under proper control;

   e) Failing to keep a proper lookout;

   f) Failing to stop its vehicle, and/or change the speed or direction of its vehicle, to avoid colliding with Plaintiff's vehicle

   g) Failing to yield the right of way;

   h) Failing to comply with Motor Carrier Safety regulations

10. As a proximate result of one or more of the negligent acts or omissions described in paragraph 9, the vehicle driven by "RAY" collided with Plaintiff's vehicle, causing severe and permanent injury to Plaintiff who has incurred economic and non-economic damages as a result.

11. As a proximate result of one or more of the negligent acts or omissions described in paragraph 9, the vehicle driven by "RAY" collided with Plaintiff's vehicle, causing property

damage to Plaintiff's vehicle, thereby rendering it unusable and causing Plaintiff to incur expenses for another vehicle.

12. Defendant "Mid Central" is vicariously liable for the negligence of "RAY"

WHEREFORE, the Plaintiff, DONA MARTIN, demands judgment against Defendant MID CENTRAL CARRIER, INC., in such sum as a Court and jury shall consider fair and reasonable, but in excess of $50,000.00 plus costs of suit.

<u>COUNT II</u>
<u>Negligence Claim v "RAY"</u>

13. Plaintiff restates paragraphs 1 through 7 as Paragraph 13 of the Complaint.

14. Defendant "RAY" had a duty to exercise ordinary care for Plaintiff's safety.

15. Defendant "RAY" negligently breached its duties by:

    a) Driving its vehicle at an excessive speed, in violation of Section 11-601 of the Illinois Vehicle Code;

    b) Failing to keep its vehicle within its lane of travel, in violation of Section 11-709 of the Illinois Vehicle Code;

    c) Attempting to overtake Plaintiff's vehicle when such maneuver could not be made without endangering the safety of Plaintiff, in violation of Article VII of the Illinois Vehicle Code;

    d) Failing to keep its vehicle under proper control;

    e) Failing to keep a proper lookout;

    f) Failing to stop its vehicle, and/or change the speed or direction of its vehicle, to avoid colliding with Plaintiff's vehicle

    g) Failing to yield the right of way;

    h) Failing to comply with Motor Carrier Safety regulations

16. As a proximate result of one or more of the negligent acts or omissions described in paragraph 15, the vehicle driven by "RAY" collided with Plaintiff's vehicle, causing severe and permanent injury to Plaintiff, who has incurred economic and non-economic damages as a result.

17. As a proximate result of one or more of the negligent acts or omissions described in paragraph 15, the vehicle driven by "RAY" collided with Plaintiff's vehicle, causing property damage to Plaintiff's vehicle, thereby rendering it unusable and causing Plaintiff to incur expenses for another vehicle.

WHEREFORE, the Plaintiff, DONA MARTIN, demands judgment against Defendant, BENJAMIN LAMAR RAY., in such sum as a Court and jury shall consider fair and reasonable, but in excess of $50,000.00 plus costs of suit.

s/Bryan J. O'Connor Jr.
Bryan J. O'Connor Jr.
One of the Attorneys for Plaintiff
O'Connor Law Group, LLC #46573
140 S. Dearborn St., Suite 320
Chicago, IL 60603
312-236-1814 / 312-580-5479 (fax)
bocjr@oconnorlawgrp.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONA MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2019L009424 |
| vs. ) | |
| ) | |
| MID CENTRAL CARRIER, INC. and ) | |
| BENJAMIN LAMAR RAY ) | |
| ) | |
| Defendants, ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named plaintiff certified that plaintiff seek money damages in excess of Fifty Thousand and 00/100ths Dollars (50,000.00)

s/Bryan J. O'Connor Jr.
Bryan J. O'Connor Jr.
One of the Attorneys for Plaintiff
O'Connor Law Group, LLC #46573
140 S. Dearborn St., Suite 320
Chicago, IL 60603
312-236-1814 / 312-580-5479 (fax)
bocjr@oconnorlawgrp.com

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801  DALEY CTR.
CHICAGO, IL. 60602


ID: LD2019L009424    20190827000002
AT: OCONNOR LAW GROUP LLC
TO: EOC@OCONNORLAWGRP.COM


             * * * * *  N O T I C E  * * * * *

                    CASE 19-L-009424


MARTIN DONA                    V.           MID CENTRAL CARRIER INC
THERE WILL BE A CASE MANAGEMENT CALL OF YOUR CASE ON TUESDAY
THE 22ND DAY OF OCTOBER IN ROOM 2207 AT 10:00 A.M. AT THE
DALEY CENTER COURT HOUSE, 50 WEST WASHINGTON STREET, CHICAGO, IL
```

ABLE - EFILE - Internet Explorer

FILED
8/28/2019 7:53 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2019L009424

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Dona Martin

(Name all parties)

v.

Mid Central Carrier Inc.

Case No. 19-L-009424

Please serve:
Mid Central Carrier Inc.
c/o Ashley Budweg
10065 HWY 31
Hanceville, AL 35077

☒ SUMMONS  ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 4

Summons - Alias Summons  (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

8/28/2019 7:53 AM DOROTHY BROWN

Atty. No.: 46573  Witness: _____

Atty Name: Bryan J. O'Connor Jr.

Atty. for: Plaintiff

DOROTHY BROWN, Clerk of Court

Address: 140 S. Dearborn, #320

City: Chicago

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

State: IL  Zip: 60603

Telephone: 312-236-1814

Primary Email: bocjr@oconnorlawgrp.com

FILED DATE: 8/28/2019 7:53 AM  2019L009424

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ⊙ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 4

```
FILED
8/26/2019 8:03 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L009424

6356068
```

2120 - Served
2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
Summons - Alias Summons

2121 - Served
2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Dona Martin

(Name all parties)

v.

Mid Central Carrier, Inc.

Case No. 19-L-009424

☒ SUMMONS   ☐ ALIAS SUMMONS

Please serve:
Benjamin Lamar Ray
1806 Oakleaf Lane
Birmingham, AL 35215

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 1

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 46573

Atty Name: Bryan J. O'Connor Jr.

Atty. for: Plaintiff

Address: 140 S. Dearborn, #320

City: Chicago

State: IL  Zip: 60603

Telephone: 312-236-1814

Primary Email: bocjr@oconnorlawgrp.com

Witness: 8/28/2019 8:03 AM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- [X] Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- [ ] District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- [ ] District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- [ ] District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- [ ] District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- [ ] District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- [ ] Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- [ ] Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- [ ] Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- [ ] Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- [ ] Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 1