IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONA MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 19-cv-6766 |
| vs. ) | |
| ) | |
| MID CENTRAL CARRIER, INC. and ) | |
| BENJAMIN LAMAR RAY ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF VOLUNTARY DISMISSAL of DEFENDANT RAY

Plaintiff, DONA MARTIN, through her attorneys and pursuant to Federal Rule of Civil Procedure 41(a), moves to voluntarily dismiss Benjamin Lamar Ray from this matter **without** prejudice. Defendants Mid Central Carrier, Inc. has filed an Answer and is the only other Defendant. On October 21, undersigned Counsel (Bryan J. O'Connor Jr.) communicated with Shimon Kahan, Counsel for Defendant Mid Central Carrier, Inc., who advised she has no objection to the voluntary dismissal (without prejudice) of Benjamin Lamar Ray.

WHEREFORE, Plaintiff moves to voluntarily dismiss, **without** prejudice, Benjamin Lamar Ray.

s/Bryan J. O'Connor Jr.
Counsel for Plaintiff
O'Connor Law Group LLC
140 S. Dearborn, Suite 320, Chicago, 60603
(312) 236-1814; 312-580-5479 (fax)
Email: bocjr@oconnorlawgrp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONA MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 19-cv-6766 |
| vs. ) | |
| ) | |
| MID CENTRAL CARRIER, INC. and ) | |
| BENJAMIN LAMAR RAY ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

I, Bryan J. O'Connor Jr, do hereby certify that I have this day electronically filed Plaintiff's Notice of Voluntary Dismissal Without Prejudice [of Defendant Ray] with the Court's electronic filing system. I also certify that I emailed a copy of document to Attorney Shimon Kahan at the email address below.

**TO**: Shimon Kahan
Haynes, Studnicka, Kahan & Poulakidas, LLC
200 W. Adams, Suite 2175
Chicago, IL 60606
312-676-7060
skahan@hskolaw.com

Respectfully submitted,

/s/ Bryan J. O'Connor Jr.
Bryan J. O'Connor Jr., ARDC #6285062
Attorney for Plaintiff
O'Connor Law Group, LLC
140 S. Dearborn, Suite 320
Chicago, IL 60603
Phone: (312) 236-1814
Email   bocjr@oconnorlawgrp.com