3937.sbk     /fv

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONA MARTIN, | ) |
|       Plaintiff, | ) ) ) |
| v. | )    No. 19-cv-6766 |
| MID-CENTRAL CARRIER, INC. and BENJAMIN LAMAR RAY, | ) )    Judge Elaine Bucklo ) |
|       Defendants. | ) ) |

## QUALIFIED PROTECTIVE ORDER
## PURSUANT TO HIPAA

This matter having come to be heard on the Motion of the defendant MID-CENTRAL CARRIER, INC. for the entry of a Qualified Protective Order pursuant to HIPAA; due notice having been given, the Court having jurisdiction; and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1)    The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are hereby authorized to receive, subpoena, and transmit "protected health information" ("PHI") pertaining to Dona Martin to the extent and subject to the conditions outlined herein;

(2)    For the purposes of this Qualified Protective Order, "protected health information" or "PHI" or shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501. Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either:

       (a)    the past, present or future physical condition of an individual;
       (b)    the provision of care to an individual, and/or
       (c)    the payment for care provided to an individual which identifies the individual or which reasonably could be expected to identify the individual.

(3)    All "covered entities" (as defined by 45 CFR 160.13) are hereby authorized to disclose "PHI" pertaining to Dona Martin to all attorneys, now of record, or who may become of record in the future of this litigation;

(4)    The parties and their attorneys shall be permitted to use the "PHI" of Dona Martin in any manner that is reasonably connected with the above-captioned li[tigation]

**DEFENDANT'S EXHIBIT 1**

This includes but is not limited to, disclosures to the parties, their attorneys of record, the attorneys' firms (i.e., attorneys, support staff, agents, and consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members, and other entities involved in the litigation process;

(5) At the conclusion of the litigation as to any defendant (defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant, and any person or entity in possession of "PHI" received pursuant to Paragraph 4, *supra*, shall destroy any and all copies of "PHI" pertaining to Dona Martin, **_except:_**

   (a) the defendant that is no longer in the litigation may retain "PHI" generated by him/her/it; and
   (b) the remaining defendants in the litigation, and persons or entities receiving "PHI" from those defendants, pursuant to Paragraph 4, *supra*, may retain "PHI" in their possession;

(6) This order shall not control or limit the use of the "PHI" pertaining to Dona Martin, that comes into the possession of any party, or any party's attorney from a source **_other than_** a "covered entity," (as defined in 45 CFR 160.103).

(7) Nothing in this order authorizes defense counsel to obtain medical records or information through means **_other than_** formal discovery requests, subpoena, depositions, patient authorization, or through attorney-client communications;

(8) Nothing in this order relieves any party from complying with the requirements of:

   (a) the Illinois Mental Health & Developmental Disabilities Confidentiality Act (740 ILCS 110/1 *et. seq.*);
   (b) the Aids Confidentiality Act (410 ILCS 305/1 *et seq.*), or
   (c) state and federal law that protects certain drug and alcohol records (20 ILCS 301/30-5, 42 USC 290dd-3, 290 ee-3 and 42 CFR Part 2).

Enter:

_____
JUDGE

Shimon B. Kahan
John B. Racanelli
HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC
Attorney for Defendant
200 West Adams Street, Suite 2175
Chicago, IL 60606
(312) 332-6644