## Re: Dona Martin v. Mid Central Carrier, Inc. (3937) - written discovery and plaintiff's deposition

John Racanelli <jracanelli@hskolaw.com>
Wed 3/18/2020 10:21 AM

**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** Shimon Kahan <skahan@hskolaw.com>; Felicia Verta <fverta@hskolaw.com>

Bryan-

I just called and left a message with your receptionist, as well. Can you please let us know the status of plaintiff's written discovery responses?

**John Racanelli**
Haynes, Studnicka, Kahan & Poulakidas, LLC
200 W. Adams St., Suite 2175
Chicago, IL 60606
(312) 676-7057 [Direct]
(312) 332-6655 [Fax]

---

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Tuesday, February 18, 2020 3:04 PM
**To:** Shimon Kahan <skahan@hskolaw.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** Re: Dona Martin v. Mid Central Carrier, Inc. (3937) - written discovery and plaintiff's deposition

I will get answers done this weekend. I am on a medical malpractice trial.

Can we do her dep in April? I will not need any depositions, and I have another complex trial starting March 9.

---

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Tuesday, February 18, 2020 2:15 PM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - written discovery and plaintiff's deposition

Bryan,

I do not see that we have received plaintiff's answers to interrogatories or response to production served in late October 2019; am I wrong? Can you have these within 7 days? We also need a firm date for plaintiff's discovery deposition in March. Are you available to discuss today?

Shimon Kahan, 312.676.7060

---

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Tuesday, January 14, 2020 11:02 AM

**EXHIBIT 2**

**To:** Shimon Kahan <skahan@hskolaw.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order

Sounds good.

---

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Tuesday, January 14, 2020 11:01 AM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order

Okay, I'll call him. You will probably need to send him a subpoena for the date/time we pick. I'd suggest a conf room at a law firm in Birmingham, which is within the 100 miles.

Shimon

---

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Tuesday, January 14, 2020 10:53 AM
**To:** Shimon Kahan <skahan@hskolaw.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order

Only dep I need is your driver. I will call Dona as she spends winters in FL. But will obviously come here for her dep.

Thx

---

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Tuesday, January 14, 2020 10:51 AM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order

Bryan,

Plaintiff's dep obviously not ready to proceed (tomorrow). Let's try to set a tentative firm date that you can confirm with your client. Let me know which of these dates work:

Any date March 23-25, 2020 beginning at 1pm. If you need anyone from the defendant, just let me know and I can check with them for dates that week as well. They are in Alabama so we should plan in advance for cheaper rates on flights unless you are going to do it by phone/conference call. Agency is not an issue.

Shimon

---

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Thursday, January 9, 2020 5:50 PM
**To:** Shimon Kahan <skahan@hskolaw.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order

Yes. Thank you!

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Thursday, January 9, 2020 5:48 PM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order

RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - initial scheduling order
January 9, 2020

Bryan,

Happy 2020. Our scheduling order proposal is due tomorrow for the upcoming cmc. See the attached. I modified it to reflect that Lamar is out of the case. Can this be submitted by agreement?

Shimon Kahan

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Thursday, December 5, 2019 12:16 PM
**To:** Shimon Kahan <skahan@hskolaw.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

Perfect; thx

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Thursday, December 5, 2019 12:15 PM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** John Racanelli <jracanelli@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

Bryan,

Yes, happy to do so but you'll probably get late in the day or first thing a.m. okay?

Shimon

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Thursday, December 5, 2019 11:08 AM
**To:** Shimon Kahan <skahan@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

Counsel,

Ms. Martin is coming to my office tomorrow. Could you please send the interrogatories you intend to direct to her?

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Monday, October 28, 2019 9:37 AM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>

**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

---

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Monday, October 21, 2019 4:50 PM
**To:** Shimon Kahan <skahan@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

Shimon,

1. Here is a filed copy of my Notice of Voluntary Dismissal of Defendant Ray.

2. Also attached is a draft of Plaintiff's Mandatory Pilot Program Disclosures. I still need to discuss it with my client.

3. Let me know a time in the next week or two where we can have a brief Rule 26(f) conference.

Thx you
Bryan Jr

---

**From:** Shimon Kahan <skahan@hskolaw.com>
**Sent:** Monday, October 21, 2019 2:22 PM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

You are correct – same coverage; he's just an additional insured. No objection to the motion; agency not an issue (per our answer).

**From:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Sent:** Monday, October 21, 2019 2:03 PM
**To:** Felicia Verta <fverta@hskolaw.com>
**Cc:** Shimon Kahan <skahan@hskolaw.com>
**Subject:** RE: Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

Counsel,

Based on your Answer to the Complaint, I am assuming Defendant Martin is a covered insured under the applicable insurance policy? If YES, do you have any objection to my voluntarily dismissing Defendant Ray without prejudice pursuant to Federal Rule 41?

Thx you
Bryan Jr

---

**From:** Felicia Verta <fverta@hskolaw.com>
**Sent:** Friday, October 18, 2019 10:35 AM
**To:** Bryan O'Connor Jr. <bocjr@oconnorlawgrp.com>
**Cc:** Shimon Kahan <skahan@hskolaw.com>
**Subject:** Dona Martin v. Mid Central Carrier, Inc. (3937) - Entire Circuit Court of Cook county Court File

Hi Bryan,

Attached is the filed Circuit Court Cook County's entire court file.

Thanks.

Felicia Verta
Haynes, Studnicka, Kahan & Poulakidas, LLC
Assistant to Shimon B. Kahan
200 West Adams Street, Ste. 2175
Chicago, IL 60606
Phone: 312.332.6644, ext. 7050
Facsimile: 312.332.6655
fverta@hskolaw.com