IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONA MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 19-cv-6766 |
| vs. ) | |
| ) | |
| MID CENTRAL CARRIER, INC. and ) | |
| BENJAMIN LAMAR RAY ) | |
| ) | |
| Defendants, ) | |

**AGREED MOTION TO DISMISS**

Plaintiff, DONA MARTIN, through her attorneys and pursuant to settlement agreement, moves to dismiss this matter with prejudice, each party bearing its' own costs and attorney fees.

s/Bryan J. O'Connor Jr.
Counsel for Plaintiff
O'Connor Law Group LLC
140 S. Dearborn, Suite 320, Chicago, 60603
(312) 236-1814; 312-580-5479 (fax)
Email: bocjr@oconnorlawgrp.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DONA MARTIN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 19-cv-6766 |
| vs. | ) |
| | ) |
| **MID CENTRAL CARRIER, INC. and** | ) |
| **BENJAMIN LAMAR RAY** | ) |
| | ) |
| **Defendants,** | ) |

**CERTIFICATE OF SERVICE**

    I, Bryan J. O'Connor Jr, do hereby certify that I have this 16th day of June, 2020 electronically filed Plaintiff's Motion to Dismiss pursuant to settlement. I also certify that I emailed a copy of document to Attorney Shimon Kahan at the email address below.

**TO**: Shimon Kahan
Haynes, Studnicka, Kahan & Poulakidas, LLC
200 W. Adams, Suite 2175
Chicago, IL 60606
312-676-7060
skahan@hskolaw.com

    Respectfully submitted,

    /s/ Bryan J. O'Connor Jr._____
    Bryan J. O'Connor Jr., ARDC #6285062
    Attorney for Plaintiff
    O'Connor Law Group, LLC
    140 S. Dearborn, Suite 320
    Chicago, IL 60603
    Phone: (312) 236-1814
    Email   bocjr@oconnorlawgrp.com