## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dona Martin

                         Plaintiff,

v.                                                Case No.: 1:19–cv–06766
                                                      Honorable John F. Kness

Mid–Central Carrier, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2020:

      MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiff's "Agreed Motion to Dismiss" [38] based upon the reported settlement agreement between the parties. Consistent with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the case is dismissed. In accordance with the averments in the Agreed Motion, this dismissal is with prejudice. Each party shall bear their own fees and costs. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.